**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**

CASE NO: 07-20673-CR-KING

UNITED STATES OF AMERICA,

      Plaintiff,

v.

WILLIAM FREDERICK HILL,

      Defendant.

_____/

## ORDER DENYING DEFENDANT'S MOTION TO OBJECT TO PRESENTENCE REPORT

THIS CAUSE comes before the Court upon Defendant's Motion to Object to Presentence Report (D.E. #27), filed January 28, 2008.

Judgment was entered in the above styled action on January 17, 2008. Any objections to the Presentence Report are considered at Defendant's sentencing hearing and rulings are made on all objections for the record. At the sentencing hearing, Defendant's counsel, Mr. Abrams states "that there are no objections and that the PSI is accurate including the calculation of the advisory guideline." Transcript of Sentencing at ¶11-13. Defendant's Motion to Object to the Presentence Report was not asserted before or during Defendant's sentencing hearing as required by the Local Rules of the Southern District of Florida. S.D. Fla. L.R., Gen Rule 88.8 (requiring counsel for defendant and the government to communicate any objections within fourteen days of receipt of the report).

1

Filing after Defendant was sentenced is therefore untimely.

Accordingly, after a careful review of the record and the Court being otherwise fully advised, it is

ORDERED, ADJUDGED, and DECREED that Defendant's Motion to Object to Presentence Report (**D.E. #27**) be, and the same is hereby **DENIED.**

DONE and ORDERED in chambers at the United States District Courthouse, Key West, Florida, this 4th day of March, 2008.

JAMES LAWRENCE KING
U.S. DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

cc:     Thomas K. Kahn, Clerk
        United States Court of Appeals
        Eleventh Circuit
        56 Forsyth Street, N.W.
        Atlanta, Georgia 30303
        Attn: Mildred Norwood

        ***Counsel for Defendant***
        William Frederick Hill
        #78918-004
        F.D.C. Miami
        P.O. Box 019120
        Miami, FL 33101

        Stewart Glenn Abrams
        Federal Public Defender's Office

150 W Flagler Street
Miami, FL 33130-1556
305-536-6900
Fax: 530-7120
Email: Stewart_Abrams@fd.org

## *Counsel for Plaintiff*

Alejandro Oscar Soto
United States Attorney's Office
99 NE 4 Street
Miami, FL 33132
305-961-9034
Fax: 536-7213
Email: alejandro.soto@usdoj.gov